RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

RIKA VALDMAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-514-6056 (v)
202-307-0054 (f)
Rika.Valdman@usdoj.gov

*Of Counsel:*
BILLY J. WILLIAMS
United States Attorney

*Attorneys for the United States of America*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:18-cv-00503-SI |
| Plaintiff, | |
| v. | |
| SUSAN L. WOODCOCK, individually, as Successor Co-Trustee for the Donald A. Woodcock Revocable Living Trust, and as Successor Personal Representative of the Estate of Sandra S. Woodcock; DEBRA A. WOODCOCK, individually, as Successor Co-Trustee for the Donald A. Woodcock Revocable Living Trust, and as Successor Personal Representative of the Estate of Sandra S. Woodcock; FARRAND M. LIVINGSTON, Successor Co-Trustee for the Donald A. Woodcock Revocable Living Trust; CHANDLER & NEWVILLE, INC.; CLACKAMAS COUNTY, OR | ORDER OF DISMISSAL |
| Defendants. | |

This matter comes before the Court on the United States of America, Susan L. Woodcock, and Debra A. Woodcock's ("the Parties") Stipulation of Dismissal. The Court considered the record herein, and for good cause shown, IT IS HEREBY ORDERED:

1. The parties' Stipulation of Dismissal is APPROVED;
2. This case is hereby DISMISSED with prejudice, the parties to bear their respective costs, including any attorney's fees or other expenses of this litigation.

SO ORDERED, this 29th day of November, 2018.

    /s/ Michael. H. Simon
UNITED STATES DISTRICT JUDGE